United States District Court
District of Massachusetts

```
_____
                              )
TIMOTHY CICHOCKI and Y. DOLLY )
HWANG,                        )
                              )
        Plaintiffs,           )
                              )   Civil Action No.
        v.                    )   15-13269-NMG
                              )
BANK OF AMERICA, ET AL.,      )
                              )
        Defendants.           )
                              )
_____)
```

## ORDER

Plaintiffs' so-called Rule 59(e) motion (Docket No. 44) and their motions for hearings (Docket No. 47 and 51) are **DENIED**.

Defendants' motion for sanctions (Docket No. 50) is also **DENIED without prejudice**.

Any further filings in this case by plaintiffs other than an appeal of the dismissal of this case to the First Circuit Court of Appeals will be deemed grounds for the imposition of sanctions against the plaintiffs pursuant to Fed. R. Civ. P. 11(c), including monetary fines and the award of attorneys' fees to opposing counsel.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated June 16, 2017